UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  
                                                      Case No.: 13-16967-KRM  
                                                    Chapter 13

EUGENA L. TORRES,

    Debtor.

_____/

## AGREED ORDER GRANTING IN PART AND DENYING IN PART DEBTORS' MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY AND FOR ATTORNEY FEES [D.E. 23]

Upon the Debtors' Motion to Value and Determine Secured Status of Lien on Real Property and for Attorney Fees [D.E. 23] and Creditor, Green Tree Servicing, LLC's Objection [D.E. 25] and Green Tree Servicing, LLC's Amended Objection [D.E. 39], to the same, and upon the parties' agreement and joint request for entry of this order, it is

ORDERED:

1. The Motion to Value and Determine Secured Status of Lien on Real Property and for Attorney Fees is **Granted**.

2. The collateral securing the debt owed to Green Tree Servicing LLC more particularly described as 806 E. Cayuga Street, Tampa, Florida 33603 is determined to have a value of $ 57,000.00 and shall be paid by the Trustee through the plan over the life of the plan at 6.25% interest.

3. Claim No. 1 held by Green Tree Servicing LLC is therefore allowed as a secured claim in the amount of $57,000.00 and as an unsecured claim in the amount of $120,879.46 for the purpose of the pending Chapter 13 case and shall not carry over into any other chapter should the Debtor convert the case. In addition, the agreed upon value shall not survive any dismissal, voluntary or involuntary, of this case.

4. The Debtor may not sell or refinance the property within the time frame of their Plan.

5. Counsel for the Debtor is granted $300.00 for the preparation of the Motion to be paid through the Chapter 13 Plan.

DATED September 12, 2014 _____, at Tampa, Florida.

K. Rodney May
United States Bankruptcy Judge

This order consented to and approved by the Movant and Debtor, as evidenced by signature below.

Niurka Fernandez Asmer.
Counsel for Debtor

Evan S. Singer
Counsel for Movant

Attorney Evan S. Singer is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

Order prepared by:
Evan S. Singer, Esq.
Timothy D. Padgett, P.A.