UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CHAPTER 13 PLAN

Debtor(s):  Eugena L. Torres                                         Case No:  8:13-bk-16967

2nd Amended Chapter 13 Plan

**CHECK ONE:**

    __X__ The Debtor[1] certifies that the Plan does not deviate from the model plan adopted by the Court at the time of the filing of this case. Any nonconforming provisions are deemed stricken.

    ____ The Plan contains provisions that are specific to this Plan in Additional Provisions, paragraph 8(e) below. Any nonconforming provisions not set forth in paragraph 8(e) are deemed stricken.

**1. MONTHLY PLAN PAYMENTS:** Plan payments include Trustee's fee of 10% and shall begin thirty (30) days from filing/conversion date. The Debtor shall make payments to the Trustee for the period of __60__ months. In the event the Trustee does not retain the full 10%, any portion not retained will be paid to unsecured creditor's *pro rata* under the plan:

    A.  $ __1,534.00__ for months __1__ through __9__ ;
    B.  $ __2,113.00__ for months __10__ through __60__ ;
    C.  $ _____ for months ____ through ____ ;

in order to pay the following creditors:

**2. ADMINISTRATIVE ATTORNEY FEE:** $ __4,100.00__  TOTAL PAID $ __2,030.00__

Balance Due $ __2,070.00__  Payable Through Plan $ __345.00__  Monthly

**3. PRIORITY CLAIMS:** [as defined in 11 U.S.C. §507]

| Name of Creditor | Total Claim |
|---|---|
| -NONE- | |

**4. TRUSTEE FEES:** Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

**5. SECURED CLAIMS:**

    Pre-Confirmation payments allocated to secured creditors under the Plan, other than amounts allocated to cure arrearages, shall be deemed adequate protection payments. To the extent the Debtor makes such pre-confirmation payments, secured creditors who have filed proofs of claim prior to the claims bar date or within 14 days from the date of an order converting or dismissing this case, whichever date is earlier, shall have an administrative lien on such payment(s), *pro rata* with other secured creditors, subject to objection by the Debtor or Trustee.

    **(A) Claims Secured by Real Property Which Debtor Intends to Retain / Mortgage Payments and Arrears, If Any, Paid Through the Plan:** If the Plan provides for the curing of prepetition arrearages on a mortgage, the Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly post-petition mortgage payments to the Trustee as part of the Plan. These mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the post-petition mortgage payments on the following mortgage claims:

| Name of Creditor | Collateral | Regular Monthly Pmt. | Arrearages (if any) |
|---|---|---|---|
| -NONE- | | | |

---

[1] All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**(B) Claims Secured by Real Property/Debtor Intends to Seek Mortgage Modification:** Pending the resolution of a mortgage modification request, the Debtor shall make the following adequate protection payments to the Trustee, calculated at 31% of the Debtor's gross monthly income. Absent further order of this Court, the automatic stay shall terminate effective 6 months after the filing of the Debtor's bankruptcy petition:

| Name of Creditor | Collateral | Payment Amt (at 31%) |
|---|---|---|
| -NONE- | | |

**(C) Liens to be Avoided/Stripped:**

| Name of Creditor | Collateral | Estimate Amount |
|---|---|---|
| -NONE- | | |

**(D) Claims Secured by Real Property or Personal Property to Which Section 506 Valuation APPLIES:** Pursuant to 11 U.S.C. § 1322(b)(2), this provision does not apply to a claim secured solely by the Debtor's principal residence. The secured portion of the claim, estimated below, and to be determined in connection with a motion to determine secured status, shall be paid as follows:

| Creditor | Collateral | Value | Payment | Interest @ % |
|---|---|---|---|---|
| Green Tree Servicing L | 806 E. Cayuga Street, Tampa, FL 33606 | 50,866.00 | 1,108.61 | 6.25% |
| Nationstar Mortgage LLC | 2923 Arch Street, Tampa, FL 33607 | 21,806.00 | 391.83 | 3% |

**(E) Claims Secured by Real Property and/or Personal Property to Which Section 506 Valuation DOES NOT APPLY:** Claims of the following secured creditors shall be paid in full with interest at the rate set forth below as follows.

| Creditor | Collateral | Balance | Payment | Interest @ % |
|---|---|---|---|---|
| -NONE- | | | | |

**(F) Claims Secured by Personal Property / Regular Payments and Arrearages, if any, Paid in Plan:**

| Name of Creditor | Collateral | Regular Payment | Arrearages |
|---|---|---|---|
| -NONE- | | | |

**(G) Secured Claims/Lease Claims Paid Direct by the Debtor:** The following secured claims/lease claims are to be paid direct to the creditor or lessor by the Debtor outside the Plan. The automatic stay and any codebtor are terminated *in rem* as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate the Debtor's state law contract rights. The Plan must provide for the assumption of lease claims in the Lease/Executory Contract section below.

| Name of Creditor | Property/Collateral |
|---|---|
| Green Tree Servicing L | 808 E. Cayuga Street, Tampa, FL 33603 |

**(H) Secured Claims/Lease Claims Not Provided for Under the Plan:** The following secured claims/leased claims are not provided for under the Plan. As such the automatic stay and any codebtor stay do not apply and the Debtor's liability to the creditor is NOT DISCHARGED under the Plan. Nothing herein is intended to abrogate the Debtor's state law contract rights.

| Name of Creditor | Property/Collateral |
|---|---|
| -NONE- | |

**(I) Surrender of Collateral/Leased Property:** Debtor will surrender the following collateral/leased property no later than thirty (30) days from the filing of the petition unless specified otherwise in the Plan. The automatic stay and any codebtor stay are terminated *in rem* as to these creditors and lessors upon the filing of this Plan. The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.

| Name of Creditor | Property/Collateral to be Surrendered |
|---|---|
| Nationstar Mortgage LLC | 806 W. Sligh, Tampa, Florida 33604 |
| Seterus Inc | 808 W. Sligh, Tampa, FL 33604 |

**6. LEASES/EXECUTORY CONTRACTS:**

| Name of Creditor | Property | Assume/Reject-Surrender | Estimated Arrears |
|---|---|---|---|
| -NONE- | | | |

**7. GENERAL UNSECURED CREDITORS:** General unsecured creditors with allowed claims shall receive a *pro rata* share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid pursuant to the provisions of a subsequent Order

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Confirming Plan. The estimated dividend to unsecured creditors is $ __19,800.43__ .

## 8. ADDITIONAL PROVISIONS:

(a) Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims;

(b) Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as may be allowed by a specific Order of the Bankruptcy Court.

(c) Property of the estate (check one)*

    (1) ____ shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise; or

    (2) ____ shall vest in the Debtor upon confirmation of the Plan.

*If the Debtor fails to check (1) or (2) above, or if the Debtor checks both (1) and (2), property of the estate shall not vest in the Debtor until the earlier of the Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

(d) The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief. The Trustee shall only make payment to creditors with filed and allowed proof of claims. An allowed proof of claim will be controlling, unless the Court orders otherwise.

(e) Case Specific Provisions:

/s/ Eugena L. Torres            Dated: __November 3, 2014__
Debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

IN RE:

EUGENA L. TORRES

CASE NO.: 8:13-bk-16967

Debtor,
_____/

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 7, 2014, a true and correct copy of the 2nd Amended Plan has been furnished by CM/ECF and/or via U.S. First Class Mail to all parties listed on the attached creditor mailing matrix.

**FERNANDEZ FLORIDA LAW, P.A.**

/s/ Niurka Fernandez Asmer, Esq.
Niurka Fernandez Asmer, Esquire
Florida Bar No: 370680
Attorney for Defendant
113 S. Boulevard
Tampa, Florida 33606
Telephone: (813) 412-5605
Fax:   (813) 412-4274
Nicki@FernandezFloridaLaw.com

```
Label Matrix for local noticing          Federal National Mortgage Association      (p)GREENTREE SERVICING LLC
113A-8                                    Kahane & Associates, P.A.                  BANKRUPTCY DEPARTMENT
Case 8:13-bk-16967-KRM                    c/o Taji S. Foreman, Esq.                  P O BOX 6154
Middle District of Florida                8201 Peters Road, Suite 3000               RAPID CITY SD 57709-6154
Tampa                                     Plantation, FL 33324-3292
Fri Nov  7 13:34:49 EST 2014

C. Rodney May                             NATIONSTAR MORTGAGE, LLC                   Eugena L. Torres
Tampa                                     c/o Robertson, Anschutz and Schneid, PL    808 East Cayuga Street
                                          Anila S Rasul Esq                          Tampa, FL 33603-4127
                                          6409 Congress Ave  Ste 100
                                          Boca Raton, FL 33487-2853


Capital 1 Bank                            Department of Revenue                      Green Tree Servicing L
Attn: Bankruptcy Dept.                    PO Box 6668                                Po Box 6172
Po Box 30285                              Tallahassee, FL 32314-6668                 Rapid City, SD 57709-6172
Salt Lake City, UT 84130-0285


Green Tree Servicing LLC                  Internal Revenue Service                   (p)NATIONSTAR MORTGAGE
PO BOX 0049                               P.O. Box 7346                              PO BOX 630267
Palatine, IL 60055-0049                   Philadelphia, PA 19101-7346                IRVING TEXAS 75063-0116
Telephone # 888-298-7785


Nationstar Mortgage, LLC                  Robertson, Anschutz Schneid                Seterus Inc
Attn: Bankruptcy Department               6409 Congress Ave.                         14523 Sw Millikan Way St
PO Box 630267                             Boca Raton, FL 33487-2853                  Beaverton, OR 97005-2352
Irving, Texas 75063-0116


United States Trustee - TPA7/13 7+        Steven G Powrozek +                        Taji S. Foreman +
Timberlake Annex, Suite 1200              Shapiro, Fishman & Gache, LLP              Kahane and Associates
501 E Polk Street                         4630 Woodland Corporate Blvd               8201 Peters Road, Suite 300
Tampa, FL 33602-3949                      Suite 100                                  Plantation, FL 33324-3265
                                          Tampa, FL 33614-2429


Niurka Fernandez Asmer +                  Evan S Singer +                            Nirvani D Singh +
Fernandez Florida Law, P.A.               Timothy D Padgett PA                       Robertson, Anschutz, & Schneid, P.L.
413 South Boulevard                       6267 Old Water Oak Road                    6409 Congress Ave.
Tampa, FL 33606-1970                      Suite 203                                  Boca Raton, FL 33487-2853
                                          Tallahassee, FL 32312-3858


Kelly Remick +                            Note: Entries with a '+' at the end of the
Chapter 13 Standing Trustee               name have an email address on file in CMECF
Post Office Box 6099
Sun City, FL 33571-6099
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
Green Tree Servicing LLC                  (d)Green Tree Servicing LLC                Nationstar Mortgage LLC
PO Box 6154                               PO BOX 6154                                Attn: Bankruptcy
Rapid City, SD 57709-6154                 Rapid City, SD 57709-6154                  350 Highland Dr
                                          Telephone # 888-298-7785                   Lewisville, TX 75067
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Nationstar Mortgage LLC | (d)Nationstar Mortgage, LLC<br>c/o Robertson, Anschutz and Schneid, PL<br>Anila S Rasul Esq<br>6409 Congress Ave Ste 100<br>Boca Raton, FL 33487-2853 | End of Label Matrix<br>Mailable recipients    22<br>Bypassed recipients     2<br>Total                  24 |